IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 2:21-CR-00015-JRG-RSP |
| | § | |
| JAYLON CORDARIUS JONES (02) | § | |

## ORDER FOR WRIT AND
## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The Petition for Writ of Habeas Corpus Ad Prosequendum of the United States Attorney for the Eastern District of Texas on behalf of the United States of America, on this date came on for consideration, and it appearing to the Court that the Petition states good and sufficient cause for the issuance of the Writ of Habeas Corpus Ad Prosequendum as requested, it is now hereby,

ORDERED and DIRECTED that the United States Marshal, Eastern District of Texas, and the Sheriff of Greenville County Detention Center, in Greenville, South Carolina, shall produce and have the body of, said **Jaylon Cordarius Jones, ID Number 1185**, defendant herein, who is detained in the custody of the Sheriff of Greenville County Detention Center, in Greenville, South Carolina, before the United States District Court for the Eastern District of Texas, Marshall, Texas, *Instanter*, the said defendant to appear for sentencing in the above-styled cause.

**SIGNED this 21st day of April, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE